**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MONIQUE DOSS, et al.**                                                                         **PLAINTIFFS**

**V.**                                                              **CIVIL ACTION NO. 4:10-CV-17-SA-DAS**

**NPC INTERNATIONAL, INC., et al.**                                                          **DEFENDANTS**

## ORDER

Pursuant to a memorandum opinion to be released on this day, the Court denies Plaintiffs' Motion to Remand [6]. The Court further holds that Defendant Shane Brown is improperly joined and dismisses him from this case. So ordered on this the 29th day of April, 2010.

**/s/ Sharion Aycock**
**UNITED STATES DISTRICT JUDGE**